UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSAL PHYSICIAN SERVICES,
LLC,

    Plaintiff,

v.                                                        Case No: 8:16-cv-1274-T-36JSS

AMANDA DEL ZOTTO, ERIC DELONG,
CLINICAL SERVICES, LLC, CLINICAL
SERVICES INTERNATIONAL,
CLINICAL SERVICES
INTERNATIONAL, INC., CLINICAL
SERVICES INTERNATIONAL, LLC, CSI,
INC. and CSI, LLC,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on November 2, 2016 (Doc. 56).  In the Report and Recommendation, Magistrate Judge Sneed recommends:  1. Plaintiff's Motion for Entry of Final Judgment of Garnishment Against Garnishee Wells Fargo Bank, N.A. (Doc. 32) be GRANTED; and 2.  A final judgment of garnishment be entered against garnishee Wells Fargo Bank, N.A. in the amount of the lesser of $52,223.30 or the amount remaining unpaid on the Judgment.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)　The Report and Recommendation of the Magistrate Judge (Doc. 56) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)　Plaintiff's Motion for Entry of Final Judgment of Garnishment Against Garnishee Wells Fargo Bank, N.A. (Doc. 32) is **GRANTED**.

(3)　The Clerk is directed to enter a Final Judgment of Garnishment against Garnishee Wells Fargo Bank, NA. in the amount of the lesser of $52,223.30 or the amount remaining unpaid on the Judgment.

**DONE AND ORDERED** at Tampa, Florida on November 22, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record