UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSAL PHYSICIAN SERVICES,
LLC,

    Plaintiff,

v.                                            Case No: 8:16-cv-1274-T-36JSS

AMANDA DEL ZOTTO, ERIC DELONG,
CLINICAL SERVICES, LLC, CLINICAL
SERVICES INTERNATIONAL,
CLINICAL SERVICES
INTERNATIONAL, INC., CLINICAL
SERVICES INTERNATIONAL, LLC, CSI,
INC. and CSI, LLC,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on January 6, 2017 (Doc. 70). In the Report and Recommendation, Magistrate Judge Sneed recommends that Plaintiff's Motion for Award of Attorneys' Fees and Costs (Dkt. 50) be GRANTED in part, as to Plaintiff's entitlement to reasonable fees and costs, and DENIED in part as to the amounts Plaintiff requests, without prejudice to Plaintiff to file an amended motion. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 70) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Award of Attorneys' Fees and Costs (Doc. 50) is **GRANTED in part**, as to Plaintiff's entitlement to reasonable fees and costs, and **DENIED in part** as to the amounts Plaintiff requests, without prejudice to Plaintiff to file a supplemental motion.

(3) Plaintiff is entitled to reasonable fees and costs. On or before **February 6, 2017**, Plaintiff shall file a supplemental motion for attorneys' fees and costs, which provides the documentation, evidence, and argument needed by the Court to ascertain the reasonableness of the attorneys' fees and costs.

**DONE AND ORDERED** at Tampa, Florida on January 23, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record

2