UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSAL PHYSICIAN SERVICES,
LLC,

    Plaintiff,

v.    Case No: 8:16-cv-1274-T-36JSS

AMANDA DEL ZOTTO, ERIC DELONG,
CLINICAL SERVICES, LLC, CLINICAL
SERVICES INTERNATIONAL,
CLINICAL SERVICES
INTERNATIONAL, INC., CLINICAL
SERVICES INTERNATIONAL, LLC, CSI,
INC. and CSI, LLC,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on May 24, 2017 (Doc. 101). In the Report and Recommendation, Magistrate Judge Sneed recommends that Plaintiff's Supplemental Motion for Award of Attorneys' Fees and Costs (Dkt. 77) be GRANTED in part and DENIED in part and that judgment be entered in favor of Plaintiff and against Defendant Amanda Del Zotto for the following amounts: $275,858.90 in attorneys' fees and $2,833.50 in costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 101) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Supplemental Motion for Award of Attorneys' Fees and Costs (Dkt. 77) is GRANTED in part and DENIED in part.

(3) Plaintiff is entitled to an award of attorneys' fees in the amount of $275,858.90 and costs in the amount of $2,833.50, for a total award of $278,692.40.

(4) The Clerk is directed to enter Judgment in favor of Plaintiff and against Defendant Amanda Del Zotto for the following total amount: $278,692.40, which represents $275,858.90 in attorneys' fees and $2,833.50 in costs

**DONE AND ORDERED** at Tampa, Florida on June 12, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record