UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSAL PHYSICIAN SERVICES, LLC,

    Plaintiff,

v.    Case No: 8:16-cv-1274-T-36JSS

AMANDA DEL ZOTTO, ERIC DELONG, CLINICAL SERVICES, LLC, CLINICAL SERVICES INTERNATIONAL, CLINICAL SERVICES INTERNATIONAL, INC., CLINICAL SERVICES INTERNATIONAL, LLC, CSI, INC. and CSI, LLC,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on February 4, 2020 (Doc. 379). In the Report and Recommendation, Magistrate Judge Sneed recommends that Plaintiff's Motion for Attorney's Fees and Costs (Dkt. 375) be denied without prejudice and with leave to file a motion for attorney's fees and costs within thirty days of the entry of a mandate by the Court of Appeals on the pending appeal. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 379) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Attorney's Fees and Costs (Dkt. 375) is **DENIED without prejudice.**

(3) Plaintiff is granted leave to file a motion for attorney's fees and costs within thirty (30) days of the entry of a mandate by the Court of Appeals on the pending appeal.

**DONE AND ORDERED** at Tampa, Florida on February 24, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record