# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 04, 2021

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  20-10298-AA
Case Style: Universal Physician Services, v. Eric DeLong, et al
District Court Docket No: 8:16-cv-01274-CEH-JSS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's
decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision
was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion
was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 20-10298

_____

District Court Docket No.
8:16-cv-01274-CEH-JSS

UNIVERSAL PHYSICIAN SERVICES, LLC,
a Florida Limited Liability Company,

Plaintiff -
Counter Defendant -
Appellee,

versus

AMANDA DEL ZOTTO, et al.,

Defendants,

ERIC DELONG,

Defendant -
Counter Claimant -
Appellant,

CLINICAL SERVICES, LLC,
a.k.a. Clinical Services, Inc.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered
as the judgment of this Court.

Entered: January 06, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark