# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSAL PHYSICIAN SERVICES, LLC,

    Plaintiff,

v.   Case No: 8:16-cv-1274-CEH-JSS

AMANDA DEL ZOTTO, ERIC DELONG, CLINICAL SERVICES, LLC, CLINICAL SERVICES INTERNATIONAL, CLINICAL SERVICES INTERNATIONAL, INC., CLINICAL SERVICES INTERNATIONAL, LLC, CSI, INC. and CSI, LLC,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiff's Renewed Motion for Attorneys' Fees and Costs [Doc. 393], Plaintiff's Motion to Determine Appellate Attorneys' Fee and Cost Award [Dkt. 397], and the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on July 9, 2021 [Doc. 401]. In the Report and Recommendation, Magistrate Judge Sneed recommends that Plaintiff's Renewed Motion for Attorneys' Fees and Costs [Doc. 393] be granted in part and denied in part and Plaintiff be awarded $605,437.38 in reasonable attorneys' fees and $30,670.46 in costs, and that judgment be entered in favor of Plaintiff against Defendants Eric DeLong and Clinical Legal Services, LLC in the amount of $636,107.84. She also recommends that Plaintiff's Motion to Determine Appellate Attorneys' Fee and Cost

Award [Dkt. 397] be granted in part and denied in part and Plaintiff be awarded $17,491.25 in appellate attorneys' fees and $146.46 in appellate costs, and that the Court direct the Clerk to enter judgment in favor of Plaintiff against Defendants Eric DeLong and Clinical Services, LLC, and their counsel, Alan F. Hamisch, and The Hamisch Law Firm, in the amount of $17,637.71. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge [Doc. 401] is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Renewed Motion for Attorneys' Fees and Costs [Doc. 393] is GRANTED in part and DENIED in part, as set forth in the Report and Recommendation. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants Eric DeLong and Clinical Legal Services, LLC in the amount of $636,107.84.

3. Plaintiff's Motion to Determine Appellate Attorneys' Fee and Cost Award [Dkt. 397] is GRANTED in part and DENIED in part, as set forth in the Report and Recommendation. The Clerk is directed to enter

judgment in favor of Plaintiff and against Defendants Eric DeLong and Clinical Services, LLC, and their counsel, Alan F. Hamisch, and The Hamisch Law Firm, in the amount of $17,637.71.

**DONE AND ORDERED** at Tampa, Florida on July 28, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record